UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BEATTY,

        Plaintiff,

v.

AVERY et al.

        Defendant.

**CERTIFICATION**

06-CV-571

---

## MEDIATION CERTIFICATION

A mediation session was held on: 5/17/2010 and by telephone conferences thereafter up to and including 6/9/2010

- [x] **Case has settled.** The parties have been instructed to file a stipulation for dismissal pursuant to Rule 41.1 of the Local Rules of Civil Procedure for the Western District of New York.

- [ ] **Case has settled in part.** The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

- [ ] **Case has not settled.** Mediation will continue on.

- [ ] **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

                                            /s/ Marilyn A. Hochfield
                                                      Mediator

Date: June 9, 2010